UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANNAH SUES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 25-CV-11927-AK |
| ERICK QUASHIE, et al., | ) |
| Defendants. | ) |

**ORDER**

**A. KELLEY, D.J.**

1. Plaintiff's motion for extension of time [Dkt. 32] is **ALLOWED** and the Court extends the time for completion of service **until December 31, 2025**. Under the federal *in forma pauperis* statute, the Court can require the United States Marshals Service ("USMS") to complete service on behalf of an indigent litigant, with all costs of service to be advanced by the United States. See 28 U.S.C. § 1915(d). Plaintiff has already been granted leave to proceed *in forma pauperis* [Dkt. 22].

2. If directed by Plaintiff to do so, the United States Marshals Service shall serve the summonses, amended complaint, and this Order upon the Defendants, in the manner directed by Plaintiff, with all costs of service to be advanced by the United States. Notwithstanding this Order to the United States Marshals Service, it remains Plaintiff's responsibility to provide the United States Marshals Service with all necessary paperwork and service information.

3. Plaintiff's second motion requesting judicial review [Dkt. 26] is **DENIED AS MOOT**.

4. Plaintiff's motion for alternative service by certified mail [Dkt. 34] is **DENIED WITHOUT PRJEUDICE** in light of the order for service by the USMS.

5. Plaintiff's emergency motion to prevent dismissal under Rule 4(m) [Dkt. 36] is **DENIED AS MOOT** in light of the Court's extension of the time for service until December 31, 2025.

**SO ORDERED.**

Dated: October 7, 2025

/s/ Angel Kelley
Hon. Angel Kelley
United States District Court Judge